UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HERMAN CARGILL,                                                    JUDGMENT
                                                                   05-CV- 5293 (ERK)
                      Petitioner,

-against-

ROBERT K. WOODS, SUPT.,

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2006 ★
BROOKLYN OFFICE**

                      Respondent.
-----------------------------------------------------------------X

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on February 15, 2006, granting the motion to dismiss on the ground that the petition was not timely filed; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the motion to dismiss is granted on the ground that the petition was not timely filed.

Dated: Brooklyn, New York
        February 17, 2006

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court